**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| BROOKE GATEWOOD,<br>Plaintiff,<br>v.<br>JOHN NORTHERN, and RYDER TRUCK RENTAL, INC.,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:26-cv-02319-SHL-atc |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Defendants John Northern and Ryder Truck Rental, Inc.'s Notice of Removal, (ECF No. 1), filed March 25, 2026,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Parties' Joint Stipulation of Dismissal with Prejudice, (ECF No. 21), and under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's claims in this matter are **DISMISSED WITH PREJUDICE**. The Parties shall bear their own costs.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

October 1, 2026
Date